NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER SCHERING PHARMA AG,**
*Plaintiffs-Appellees,*

v.

**WATSON PHARMACEUTICALS, INC. AND WATSON LABORATORIES, INC.,**
*Defendants-Appellants,*

AND

**SANDOZ INC.,**
*Defendant-Appellant.*

---

2012-1397, -1398, -1400

---

Appeals from the United States District Court for the District of Nevada in consolidated case nos. 07-CV-1472 and 08-CV-0995, Judge Kent J. Dawson.

---

**BAYER SCHERING PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellees,*

v.

## LUPIN, LTD. AND LUPIN PHARMACEUTICALS, INC.,

*Defendants-Appellants*

---

2012-1424

---

Appeal from the United States District Court for the District of Nevada in case no. 10-CV-1166, Judge Kent J. Dawson.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

## O R D E R

Upon consideration of Sandoz Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Lupin Ltd., and Lupin Pharmaceuticals, Inc.'s unopposed motion to consolidate appeal 2012-1397 et al. with appeal 2012-1424, and for additional words in the parties' briefs,

IT IS ORDERED THAT:

The motion to consolidate the appeals is granted. The appellants' opening brief is due no later than July 16, 2012. The motion to increase the word count for the briefs is denied. The revised official caption is reflected above.

FOR THE COURT

__JUL 0 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter B. Bensinger, Jr., Esq.
     Robert Fritz Green, Esq.
     Joseph A. Hynds, Esq.
     Mark T. Jansen, Esq.

s26

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 2 2012

**JAN HORBALY**
**CLERK**